IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERIQUE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-053 |
| | ) | |
| ANDREW McFARLANE, Warden; | ) | |
| AMY CHABENNAU, Lieutenant; and | ) | |
| SEAN GALLAGHER, Correctional Officer, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, **DIRECTS** the **CLERK** to terminate all pending motions, (doc. nos. 7-1, 7-2), and **CLOSES** this civil action.

SO ORDERED this 18 day of July, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE